IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Petition for Warrant or Summons for Offender Under Supervision
Dated March 10, 2014

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | * * * | |
| vs. | * * | Cr. No.: 1:12-cr-00054 |
| Andrew J. Parker,<br>    Defendant. | * * * | |

**************************************************

ORDER OF THE COURT

[ ]   No Action Required at this time.
[X]   The Issuance of a Warrant so a revocation hearing can be held on the petition, which shall be sealed until after execution of the Warrant.
[ ]   The Issuance of a Summons so a hearing can be held on _____ at _____ regarding the petition for revocation.
[ ]   Other.

_____
Stephanie M. Rose
U.S. District Judge

March 10, 2014
_____
DATE